IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: SAVANNAH D. READD

MISCELLANEOUS NO: 3:21MC94
(Chief Judge Groh)

### ORDER

On October 18, 2021, Savannah D. Readd was empaneled to serve as a juror in criminal jury trial. Immediately after the conclusion of the first day of trial, Ms. Readd called the Martinsburg Clerk's Office and left a voicemail indicating that she was not going to return to complete her service as a juror. Ms. Readd indicated that the alternate could serve in her place, and she requested that her mileage reimbursement be increased.

The Court had not yet released Ms. Readd from service; neither Ms. Readd, nor any juror, can release themselves from serving as a juror during a trial in the United States District Court. Accordingly, it is the **ORDER** of this Court that in lieu of jailtime and/or a fine for Ms. Readd's failure to appear for service as directed by the Court, she shall forfeit any payment for service and mileage.

It is so **ORDERED**.

The Clerk is directed to transmit a copy of this Order to Savannah D. Readd, by certified mail, return receipt requested.

**DATED**:  October 19, 2021.

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE